210 So.2d 51

**George VOGT, Jr.**

**v.**

**CITY OF NEW ORLEANS.**

No. 49219.

May 17, 1968.

In re: City of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 208 So.2d 420.

Writs denied. The judgment complained of presents no error of law.

■

210 So.2d 52

**Joseph L. CARONNA**

**v.**

**LOUISIANA DEPARTMENT OF HIGHWAYS.**

No. 49229.

May 17, 1968.

In re: Department of Highways of the State of Louisiana applying for certio-

rari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 208 So.2d 430.

Writ refused. The judgment is not final. However, relator is reserved the right to reurge, and have the appellate court reconsider, its exception of no cause of action in the event of an adverse final judgment.